**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                Case No:   6:22-cv-1436-RBD-LHP

LESLEY A. QUEZADA, WANDA COLON and ZELLYANNE A. MERCED,

    Defendants

---

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** UNITED STATES' APPLICATION FOR CLERKS DEFAULT   (Doc. No. 19)
>
> **FILED:** October 18, 2022
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED**.

The United States instituted this action against Defendants Lesley A. Quezada, Wanda Colon, and Zellyanne A. Merced on August 11, 2022.   Doc. No.

1.[1]   The United States has filed proof of service demonstrating that service was properly executed on Defendant Quezada on September 15, 2022 by serving Stephan McCoy, as co-resident.  Doc. No. 15.  *See* Fed. R. Civ. P. 4(e); Fla. Stat. § 48.031(1)(a).  Thus, Defendant Quezada's response to the complaint was due by October 6, 2022.  *See* Fed. R. Civ. P. 12(a)(1)(A)(i).

The United States has also filed proof of service demonstrating that service was properly effected on Defendant Merced on September 15, 2022 by serving Stephan McCoy, as co-resident.  Doc. No. 16.  *See* Fed. R. Civ. P. 4(e); Fla. Stat. § 48.031(1)(a).  Accordingly, Defendant Merced's response to the complaint was due by October 6, 2022.  *See* Fed. R. Civ. P. 12(a)(1)(A)(i).

The United States has further filed a waiver of service as to Defendant Wanda Colon, which was served on August 12, 2022 and executed on September 12, 2022.  Doc. No. 14.  Therefore, Defendant Colon's response to the complaint was due on or before October 11, 2022.  *See* Fed. R. Civ. P. 4(d)(3); Fed. R. Civ. P. 12(a)(1)(A)(ii).

None of the Defendants have timely responded to the complaint.[2]  Nor have any of the Defendants responded to the United States' Application for Clerk's

---

[1] The United States also named as Defendant J.R. Kroll, as Tax Collector for Seminole County, Florida.  Doc. No. 1.  But pursuant to stipulation, Defendant Kroll was dismissed from the case without prejudice.  Doc. Nos. 12, 13.

[2] On September 22, 2022, Defendant Quezada filed a "Letter for Requesting Public Defender," Doc. No. 17, but the Court denied that request without prejudice, Doc. No. 18.

Default.  Accordingly, upon due consideration, the United States' Application for Clerk's Default (Doc. No. 19) is **GRANTED**, and the Clerk of Court is directed to enter default against Defendants Quezada, Merced, and Colon.  *See* Fed. R. Civ. P. 55(a).

**DONE** and **ORDERED** in Orlando, Florida on November 7, 2022.

*[signature]*

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties

---

Defendant Quezada also filed an untimely request for dismissal on October 25, 2022, which was subsequently denied without prejudice.  Doc. Nos. 20, 23.  Defendant Merced likewise filed an untimely request for dismissal on October 27, 2022, which was stricken.  Doc. Nos. 21, 24.